MAX BERNSTEIN v. UNITED STRICTLY KOSHER BUTCHERS UNTERSTUEZUNG VEREIN, INC., Also Known as UNITED STRICTLY KOSHER BUTCHERS OF THE BRONX and as U. S. K. B., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of ORRIN R. JUDD and BURTON W. WILSON, as Executors, etc., of CHARLES H. RATHBONE, Deceased, for a Determination of the Construction and Effect of Said Will of Said Decedent. CHARLES H. RATHBONE, III, an Infant, etc., and Others. ORRIN R. JUDD and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 706.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ORRIN R. JUDD and BURTON W. WILSON, as Executors, etc., of CHARLES H. RATHBONE, Deceased, for a Determination of the Construction and Effect of Said Will of Said Decedent. CHARLES H. RATHBONE, III, an Infant, etc., and Others. ORRIN R. JUDD and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 706.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ORRIN R. JUDD and BURTON W. WILSON, as Executors, etc., of CHARLES H. RATHBONE, Deceased, for a Determination of the Construction and Effect of Said Will of Said Decedent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 706.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ORRIN R. JUDD and BURTON W. WILSON, as Executors, etc., of CHARLES H. RATHBONE, Deceased, for a Determination of the Construction and Effect of Said Will of Said Decedent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 706.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ORRIN R. JUDD and BURTON W. WILSON, as Executors, etc., of CHARLES H. RATHBONE, Deceased, for a Determination of the Construction and Effect of Said Will of Said Decedent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 706.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of IDA C. BUTTERWORTH for Payment of Awards Made for Parcels Nos. 48 and 49 on the Damage Map and in the Report of the Commissioners of Estimate and Assessment in the Proceedings to Acquire Title to East 181st Street from Aqueduct Avenue to Webster Avenue, Borough of Bronx, New York City. MARIA HENRY and Others. WILLIAM LEVIN, as Guardian ad Litem for CECELIA DARMS, and Others. IDA C. BUTTERWORTH. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of IDA C. BUTTERWORTH for Payment of Award Made for Parcel No. 16 on the Damage Map and in the Report of the Commissioners of Estimate and Assessment in Proceedings to Acquire Title to Ryer Avenue from Burnside Avenue to 187th Street, Borough of Bronx, New York City. MARIA HENRY and Others. WILLIAM LEVIN, as Guardian ad Litem for CECELIA DARMS, and Others. IDA C. BUTTERWORTH and THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument